UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, TONI S. LEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BARCO UNIFORMS, INC., et al., <br><br> Defendants. | No. 2:16-cv-01805-DC-JDP <br><br> ORDER REGARDING THE UNITED STATES' NOTICE OF ELECTION TO INERVENE IN PART AND TO DECLINE IN PART <br><br> (Doc. No. 55) |

Before the court is the United States' notice of election to intervene in this action in part and to decline to intervene in part. (Doc. No. 55.) The United States has decided to intervene in this action as to only the named Defendants: Barco Uniforms, Inc.; Able Allied Limited; Nathan Global Direct, Inc.; and J & K Garment, Inc., and to decline to intervene with respect to the defendant Does 1–10. (*Id.*) Pursuant to that notice of election, the court orders as follows:

1. The Clerk of the Court shall unseal Relator's complaint (Doc. No. 1), the United States's notice of election (Doc. No. 55), and the proposed order attached thereto (Doc. No. 55-1) shall be unsealed;
2. All other paper or orders already on file in this matter shall remain under seal;
3. All future filings in this action after the date of this order shall not be sealed;
4. This order shall not be sealed;
5. The United States shall file and serve its complaint upon Defendants, together with

1

|   |   |   |
|---|---|---|
| 1 |  | this order, by no later than April 8, 2025; |
| 2 | 6. | Relator shall serve her complaint (Doc. No. 1) upon Defendants within thirty (30) |
| 3 |  | days; |
| 4 | 7. | Should either Relator or a defendant propose that the non-intervened part of this |
| 5 |  | action be dismissed, settled, or otherwise discontinued, the court will provide the |
| 6 |  | United States with notice and an opportunity to be heard before ruling or granting |
| 7 |  | its approval, in accordance with 31 U.S.C. § 3730(b)(1); |
| 8 | 8. | The court also confirms that pursuant to 31 U.S.C. § 3730(c)(3), as a Plaintiff- |
| 9 |  | intervenor, the United States shall be served with all filings in this action, |
| 10 |  | including any filings with respect to the non-intervened part of this action; and |
| 11 | 9. | The United States may order any deposition transcripts and is entitled to intervene |
| 12 |  | in the portion of this action in which it is declining to intervene today, for good |
| 13 |  | cause, at any time. |

IT IS SO ORDERED.

Dated: **January 15, 2025**

_____
Dena Coggins
United States District Judge

2