UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TONI S. LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>BARCO UNIFORMS, INC.; KENNY CHAN; DAVID CHAN; ABEL ALLIED LIMITED; NATHAN GLOBAL DIRECT, INC.; J&K GARMENT, INC.; MEGA GOODWILL LTD; JS GARMENT CO.; and SUPERWAY IMPORT & EXPORT, INC.,<br><br>    Defendant. | Case No. 2:16-CV-1805 DC-JDP<br><br>[PROPOSED] ORDER ON DEFENDANT BARCO'S UNIFORM INC.'S REQUEST TO SEAL DOCUMENT<br><br>(Doc. No. 98) |

This matter is before the court on the request to seal filed by Defendant Barco Uniform Inc. ("Barco"). Having considered that request, and there being no opposition submitted by any other party, the court finds good cause to grant Defendant Barco's request to file under seal the Declaration of Ron Wagenseil, filed in support of Defendant Barco's positions as stated in the parties' joint status report regarding scheduling (Doc. No. 97). (Doc. No. 98.)

Accordingly,

1. Defendant Barco's request to seal (Doc. No. 98) is GRANTED; and

/////

/////

/////

2.   Within three (3) days from the date of entry this order, Defendant Barco shall email a PDF copy of the unredacted Declaration of Ron Wagenseil to ApprovedSealed@caed.uscourts.gov for filing under seal on the docket in this case.

IT IS SO ORDERED.

Dated:   **December 28, 2025**

_____
Dena Coggins
United States District Judge