United States District Court
Eastern District of California

U.S. ex rel. Toni S. Lee

Plaintiff(s)

V.

Barco Uniforms, Inc., et al.

Defendant(s)

Case Number: 2:16-CV-1805-DC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jonathan E. Meyer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Barco Uniforms, Inc.

On 12/02/1994 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/10/2026 Signature of Applicant: /s/ Jonathan E. Meyer

**Pro Hac Vice Attorney**

Applicant's Name: Jonathan E. Meyer

Law Firm Name: Sheppard, Mullin, Richter & Hampton LLP

Address: 2099 Pennsylvania Avenue, NW

Suite 100

City: Washington State: DC Zip: 20006

Phone Number w/Area Code: (202) 747-1904

City and State of Residence: Chevy Chase, MD

Primary E-mail Address: jmeyer@sheppard.com

Secondary E-mail Address: aduncan@sheppard.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Melissa K. Eaves

Law Firm Name: Sheppard, Mullin, Richter & Hampton LLP

Address: 350 South Grand Avenue

40th Floor

City: Los Angeles State: CA Zip: 90071

Phone Number w/Area Code: (213) 620-1780 Bar # 123021

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 17, 2026

Dena Coggins
United States District Judge